IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00263

NANCY SHOLUND,

        Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY
and JOHN DOES 1-5,

        Defendants.

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal of Case, filed on July 15, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Dated: July 18th, 2005

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge